

| | | | |
|---|---|---|---|
| Com. v. Lamey | 925 MDA 2015<br>Affirmed | 06/06/2016 | CP–14–CR–0001385–2014<br>(Centre) |
| Com. v. Lamey | 926 MDA 2015<br>Affirmed | 06/06/2016 | CP–14–CR–0001480–2014<br>(Centre) |
| Com. v. Rowbottom | 1009 MDA 2015<br>Affirmed | 06/06/2016 | CP–22–CR–0000725–2014<br>(Dauphin) |
| Com. v. Clipper | 1041 MDA 2015<br>Affirmed | 06/06/2016 | CP–41–CR–0000101–2012<br>(Lycoming) |
| Com. v. Murphy | 1430 MDA 2015<br>Affirmed | 06/06/2016 | CP–22–CR–0004494–2006<br>(Dauphin) |
| Marjer, Inc. v. Poplawski | 1591 MDA 2015<br>Affirmed | 06/06/2016 | 2011–05082<br>(Lackawanna) |
| Com. v. Munford | 1650 MDA 2015<br>Affirmed | 06/06/2016 | CP–67–CR–0004001–2014<br>(York) |
| Com. v. Deshields | 1768 MDA 2015<br>Affirmed | 06/06/2016 | CP–67–CR–0002392–2012<br>CP–67–CR–0002393–2012<br>CP–67–CR–0006613–2010<br>(York) |
| Com. v. Crossan | 1864 MDA 2015<br>Affirmed | 06/06/2016 | CP–36–CR–0003321–2009<br>(Lancaster) |
| Com. v. Wilkins [8] | 1877 MDA 2015<br>Appeal<br>dismissed | 06/06/2016 | CP–22–CR–0001235–2015<br>(Dauphin) |
| Com. v. Larue | 2168 MDA 2015<br>Affirmed | 06/06/2016 | CP–28–CR–0001614–2011<br>(Franklin) |
| Com. v. Pinckney | 1385 EDA 2014<br>Reversed and<br>Remanded | 06/07/2016 | MC–51–CR–0040457–2013<br>(Philadelphia) |
| Corson v. Della Croce | 1086 EDA 2015<br>Affirmed | 06/07/2016 | 120500102<br>(Philadelphia) |
| Nationstar Mortgage v. Snyder | 1389 EDA 2015<br>Affirmed | 06/07/2016 | No. C–0048–CV–2013–03280<br>(Northampton) |
| Com. v. Compton | 1444 EDA 2015<br>Affirmed | 06/07/2016 | CP–51–CR–0004886–2009<br>(Philadelphia) |
| In the Interest of R.F.; Appeal of R.F. | 1498 EDA 2015<br>Affirmed | 06/07/2016 | CP–51–JV–0000670–2015<br>(Philadelphia) |

**8.** Petition for reargument denied August 12, 2016.